# Pro Se Verification Form

Case Number: _____

Date Filed: _____

ID Picture Tampered With:      YES   -or-   NO

SSN Listed In Database Previously By Someone Else:     YES   -or-   NO

**Mail-In Case – No Photo ID Required:**   ☐

Insert Picture Below



Last Updated: 12/11/2013